# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

GABRIEL SERRANO,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2023-1763

_____

July 10, 2024

Appeal from the Circuit Court for Manatee County; Lon S. Arend, Judge.

Howard L. Dimmig, II, Public Defender, and Maureen E. Surber, Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Marilyn Frances Muir, Chief Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

Affirmed.

ROTHSTEIN-YOUAKIM, SMITH, and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.